GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 11611
**KRAVITZ, SCHNITZER, & JOHNSON, CHTD**
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
gmushmeche@kssattorneys.com

*Attorneys for Defendant*
*Harris & Harris, Ltd.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD BLESSING,<br><br>PLAINTIFF,<br><br>V.<br><br>HARRIS & HARRIS, LTD.,<br><br>DEFENDANT. | CASE NO. 2:20-CV-00187-RFB-DJA<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR HARRIS & HARRIS, LTD. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST FOR EXTENSION]** |

COMES NOW, Defendant HARRIS & HARRIS, LTD. ("Defendant"), and Plaintiff, DONALD BLESSING ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline to March 17, 2020, for Defendant to answer or otherwise plead in response to Plaintiff's Complaint.

This is Defendant's first request for an extension, which it requested from Plaintiff in order to allow Defendant additional time to investigate the factual allegations of the Complaint and for the parties to explore the possibility of settlement. Plaintiff has no opposition to Defendant's request for an extension.

///

///

///

///

///

///

1028195\305211875.v1

No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

DATED this 25th day of February 2020.

| **HAINES & KRIEGER, LLC** | **KRAVITZ, SCHNITZER & JOHNSON, CHTD** |
|---|---|
| */s/ George Haines* | */s/ Gina M. Mushmeche* |
| DAVID H. KRIEGER, ESQ.<br>Nevada Bar No. 9086<br>GEORGE HAINES, ESQ.<br>Nevada Bar No. 9411<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>***Attorneys for Plaintiff*** | GINA M. MUSHMECHE, ESQ.<br>Nevada Bar No. 11611<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>***Attorneys for Defendant Harris & Harris, Ltd.*** |

**ORDER**

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: February 26, 2020