David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*DONALD BLESSING*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD BLESSING,<br><br>Plaintiff(s),<br><br>vs.<br><br>HARRIS & HARRIS, LTD.,<br><br>Defendant(s). | Case No.: 2:20-cv-00187-RFB-DJA<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND HARRIS & HARRIS, LTD.** |

**NOTICE IS HERBY GIVEN** that the claims and disputes between DONALD BLESSING ("Plaintiff") and Defendant HARRIS & HARRIS, LTD. ("Harris") have been settled. Plaintiff and Harris anticipate filing a Stipulation for Dismissal of Plaintiff's claims against Harris, with prejudice, within 60 days. This will allow time for the settlement to be finalized. Plaintiff requests that all pending dates and filing requirements

as to Harris vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to Harris.

Dated: March 16, 2020

/s/ David H. Krieger
David H. Krieger, Esq.
Shawn W. Miller, Esq.
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy.
Suite 200
Henderson, Nevada 89052
Counsel for Plaintiff
Substitution of Counsel Pending